AO 154  (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

Eastern     **District of**     California

NORMA B. MARTINEZ
                           Plaintiff (s),

V.

SCHULTE HOSPITALITY GROUP, INC.

                           Defendant (s),

**CONSENT ORDER GRANTING
SUBSTITUTION OF ATTORNEY**

**CASE NUMBER:**  2:24-cv-02765-DJC-SCR

Notice is hereby given that, subject to approval by the court,     Schulte Hospitality Group, Inc.     substitutes
                                                                         (Party (s) Name)

Ellen M. Bronchetti (Greenberg Traurig LLP)     , State Bar No.     226975     as counsel of record in place
            (Name of New Attorney)

place of     Matthew Golper and David Comfort (Ballard Rosenberg Golper & Savitt, LLP)                                   .
                                         (Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

| | |
|---|---|
| Firm Name: | Greenberg Traurig LLP |
| Address: | 12830 El Camino Real, Suite 350, San Diego, CA 92130 |
| Telephone: | 619.848.2523          Facsimile  619.393.0877 |
| E-Mail (Optional): | Ellen.Bronchetti@gtlaw.com |

I consent to the above substitution.

Date:     February   6  , 2026

Schulte Hospitality Group, Inc.

(Signature of Party (s))

I consent to being substituted.

Date:     February   9  , 2026

Matthew Golper

(Signature of Former Attorney (s))

I consent to the above substitution.

Date:     February 5, 2026

(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date:     February 24, 2026

Judge

**[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]**